This is a test filing from Mandy Couch. Please disregard.